FILED-USDC-NDTX-DA
'26 NOV 10 PM2:40
JJF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

HUY QUOC NGUYEN

CASE NO.

3-26CR0803-X

# INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute a Schedule II Controlled Substance
(Violation of 21 U.S.C. § 841(b)(1)(A))

On or about October 15, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Huy Quoc Nguyen**, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

Count Two

Possession with Intent to Distribute a Schedule II Controlled Substance
(Violation of 21 U.S.C. § 841(b)(1)(C))

On or about October 15, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Huy Quoc Nguyen**, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Forfeiture Notice
(21 U.S.C. § 853(a))

Upon conviction for any of the offenses alleged in Counts One and Two of this indictment, and pursuant to 21 U.S.C. § 853(a), the defendant, **Huy Quoc Nguyen**, shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit or facilitate the commission of the offense, including but not limited to:

1. $21,327.00 seized from Huy Quoc Nguyen's residence;
2. $2,260.00 seized from Huy Quoc Nguyen's person;
3. $20,810.56 seized from Huy Quoc Nguyen's Bank of America account and
4. a Glock 43X, 9x19 caliber pistol, bearing serial number BKXY575, and any ammunition recovered with the firearm.

A TRUE BILL

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

Sarah Stefaniak
Special Assistant United States Attorney
Texas Bar No. 24073442
1100 Commerce St., Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: Sarah.Stefaniak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

HUY QUOC NGUYEN

---

INDICTMENT

21 U.S.C. § 841(b)(1)(A)
Possession with Intent to Distribute a Schedule II Controlled Substance
(Count 1)

21 U.S.C. § 841(b)(1)(C))
Possession with Intent to Distribute a Schedule II Controlled Substance
(Count 2)

Forfeiture Notice
21 U.S.C. § 853(a)

2 Counts

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 10th day of November, 2026.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:26-MJ-1393-BW